**SO ORDERED.**

**SIGNED this 23 day of February, 2009.**



_____
JAMES D. WALKER, JR.
UNITED STATES BANKRUPTCY JUDGE
_____

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF THE STATE OF GEORGIA

IN RE: ) Case No. 05-51795
Daniel Wilson Ellis, ) (Chapter 7)
          DEBTOR )

ORDER DIRECTING PAYMENT
OF FUNDS TO CREDITOR/CLAIMANT

On the application of Bank of America, N.A. successor to MBNA America Bank, N.A., (the "Claimant") a claimant in the captioned case for an order directing payment of funds held in the registry of the Court, the Court finds that the Claimant has noticed the United States Attorney as required by 28 U.S.C. § 2041 et. seq. and directs that all funds held in the registry of the court or paid in pursuant to 11 U.S.C. § 347 for the benefit of and waiting the request of the Claimant (in the approximate amount of $2,011.88) be paid to it in care of American Properly Locators, Inc., Attn: Greg Griffith, 3855 South Boulevard, Suite 200, Edmond, OK 73013.

Dated this ___ day of _____, _____.